UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CONTRERAS,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOC. WELLS FARGO BANK, N.A. QUALITY LOAN SERVICE CORP., DOES 1 through 10,<br><br>    Defendant. | No. 1:14-CV-01367-LJO-MJS<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>(Filing Fee to be paid within 21 Days)<br><br>**ECF NO. 2** |

Plaintiff, John Contreras, filed a Motion to Proceed in this action in Forma Pauperis pursuant to 28 U.S.C. § 1915 on September 2, 2014.   Having reviewed the Motion and finding therein only evidence indicating Plaintiff does have an inability to pay the costs associated with these proceedings, Plaintiff's Motion to Proceed in Forma Pauperis is hereby DENIED. Plaintiff is ORDERED to pay the filing fee in full within twenty one days of the date of this Order or to show cause by that date why this case should not be dismissed for failure to pay the filing fee.

IT IS SO ORDERED.

Dated:   September 9, 2014              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

1