# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN CONTRERAS,<br><br>    Defendant.<br><br>---<br><br>JOHN CONTRERAS,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | Case No. 1:14-cv-01367 LJO MJS<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION, REMANDING ACTION TO THE CALAVERAS COUNTY SUPERIOR COURT**<br><br>**(ECF No. 4)** |

On May 4, 2015, the Magistrate Judge issued Findings and Recommendations that the action and counter-claim be remanded to the Calaveras County Superior Court. These Findings and Recommendations were served on all parties appearing in this action and included notice that any objections to the Findings and Recommendations were to be filed within fourteen (14) court days of the date of service of the order. More than fourteen (14) court days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has

1  conducted a de novo review of the case. Having carefully reviewed the entire file, the
2  Court finds that the Findings and Recommendations are supported by the record and
3  proper analysis.

4  Accordingly, IT IS HEREBY ORDERED that this case be REMANDED to the
5  Superior Court of Calaveras County, pursuant to 28 U.S.C. § 1447(c), for lack of federal
6  subject matter jurisdiction. The clerk is directed to take necessary action to remand this
7  case to the Calaveras County Superior Court.
   IT IS SO ORDERED.
8

9  Dated:   **June 23, 2015**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE